**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEANNE JOHNSON, CITY OF RANCHO CORDOVA, MATTHEW CURTIS and ROBERT RENELLI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LANEY, an individual and in his capacity as Guardian ad Litem for the minors MALACHAI LANEY and LIAM LANEY; HEATHER IODACI, an individual and in her capacity as Guardian ad Litem for the minor, CONNOR IODACI-LANEY,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO DEPT OF HEALTH AND HUMAN SERVICES; DEANNE JOHNSON, individually and in her official capacity as social worker for the COUNTY OF SACRAMENTO DEPT. OF HEALTH AND HUMAN SERVICES; CITY OF RANCHO CORDOVA; MATTHEW CURTIS, individually and in is official capacity as po9lice officer for the CITY OF RANCHO CORDOVA; ROBERT RENELLI, individually and in his official capacity as police officer for the CITY OF RANCHO CORDOVA; DOES 1-20,<br><br>Defendants.<br>_____/ | Case No. 07-2474 MCE KJM<br><br>ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL |

Defendants COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEANNE JOHNSON, CITY OF RANCHO CORDOVA, MATTHEW CURTIS and ROBERT RENELLI respond to Plaintiffs' Complaint as follows:

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00555688.WPD

1. Answering paragraph 1, these answering Defendants contend that this paragraph contain conclusions of law and not averments of fact to which an answer is required, but insofar as an answer may be deemed required, these answering Defendants generally and specifically deny each and every allegation contained in this paragraph.

2. Answering paragraphs 2, 3, 4, 5 and 6, these answering Defendants lack sufficient information or knowledge to enable them to answer the allegations contained in these paragraphs, and basing their denial on that ground, generally and specifically deny each and every allegation contained in these paragraphs.

3. Answering paragraph 7, these answering Defendants admit that the COUNTY OF SACRAMENTO HEALTH AND HUMAN SERVICES is a department of the COUNTY OF SACRAMENTO, an entity which is duly organized and exists under the laws of the State of California.  These answering Defendants generally and specifically deny each and every remaining allegation contained in this paragraph.

4. Answering paragraph 8, these answering Defendants admit that DEANNA JOHNSON was employed by COUNTY OF SACRAMENTO HEALTH AND HUMAN SERVICES.  These answering Defendants generally and specifically deny each and every remaining allegation contained in this paragraph.

5. Answering paragraph 9, these answering Defendants admit the CITY OF RANCHO CORDOVA is duly organized and exists under the laws of the State of California.  These answering Defendants generally and specifically deny each and every remaining allegation contained in this paragraph.

6. Answering paragraph 10, these answering Defendants admit that MATTHEW CURTIS and ROBERT RENELLI were duly sworn peace officers.  These answering Defendants generally and specifically deny each and every remaining allegation contained in this paragraph.

7. Answering paragraphs 11, 12, 13, 14, 15, 16, 17, 18, 19, and 20, these answering Defendants lack sufficient information or knowledge to enable them to answer the allegations contained in these paragraphs, and basing their denial on that ground, generally

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com
00555688.WPD

1  and specifically deny each and every allegation contained in these paragraphs.

2      8.    Answering paragraphs 21 and 22, these answering Defendants generally and specifically deny each and every allegation contained in these paragraphs.

### Count One

    9.    Answering paragraph 23, these answering Defendants incorporate by reference, as though set forth fully herein, their response to paragraphs 1-22 of the Complaint, as set forth above.

    10.    Answering paragraphs 24, including subparts 24(a-e), and 25, these answering Defendants generally and specifically deny each and every allegation contained in these paragraphs.

### Count Two

    11.    Answering paragraph 26, these answering Defendants incorporate by reference, as though set forth fully herein, their response to paragraphs 1-25 of the Complaint, as set forth above.

    12.    Answering paragraphs 27, 28 and 29, these answering Defendants generally and specifically deny each and every allegation contained in these paragraphs.

### Count Three

    13.    Answering paragraph 26 (sic) [Complaint, page 6:7-9], these answering Defendants incorporate by reference, as though set forth fully herein, their response to paragraphs 1-25 of the Complaint, as set forth above.

    14.    Answering paragraphs 27 (sic), 28 (sic) and 29 (sic) [Complaint, page 6:10-17], these answering Defendants generally and specifically deny each and every allegation contained in these paragraphs.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint, in its entirety and through each separately stated claim, fails to state facts sufficient to constitute a viable claim upon which relief can be granted.

///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3
ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL
00555688.WPD

**SECOND AFFIRMATIVE DEFENSE**

At all times mentioned in the Complaint, Defendants, and each of them, were acting in good faith and entitled to the good faith qualified immunity.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and each of them, against Defendants sued in their official capacity are barred by the Eleventh Amendment doctrine set forth in <u>Macmillan v. Monroe County</u>, 520 U.S. 781 (1997).

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and each of them, are barred on the grounds of quasi-prosecutorial and/or quasi-judicial absolute immunity.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and each of them, are barred by the doctrines of waiver and estoppel.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims, and each of them, are barred by the doctrine of unclean hands.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs are barred from recovery by their own willful and wanton conduct, all of which proximately caused any damage claimed in this action.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiffs expressly or impliedly consented to the conduct of Defendants in total and utter disregard for the likelihood or probability that they might be injured thereby.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs failed to exercise reasonable diligence so as to mitigate the damages, if any, alleged in the Complaint, and said conduct was the sole and proximate cause of said injuries.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims for punitive damages are barred by provisions of Government Code §818 and <u>Newport v. Fact Concert, Inc.</u>, 453 U.S. 247 (1981).

///

1  WHEREFORE, Defendants COUNTY OF SACRAMENTO DEPARTMENT OF
2 HEALTH AND HUMAN SERVICES, DEANNE JOHNSON, CITY OF RANCHO
3 CORDOVA, MATTHEW CURTIS and ROBERT RENELLI pray for judgment as follows:
4  1.  Plaintiffs' action be dismissed;
5  2.  Plaintiffs take nothing by way of their Complaint;
6  3.  Defendants be awarded its costs of suit, including attorney fees; and
7  4.  For such other relief as the Court deems proper.
8 Dated:  January 18, 2008                    PORTER SCOTT
9                                              A PROFESSIONAL CORPORATION
10                                                  /s/ Terence J. Cassidy
11                                             By _____
                                                  Terence J. Cassidy
12                                                John R. Whitefleet
                                                  Attorney for Defendants
13                                                COUNTY OF SACRAMENTO
                                                  DEPARTMENT OF HEALTH AND
14                                                HUMAN SERVICES, DEANNE
                                                  JOHNSON, CITY OF RANCHO
15                                                CORDOVA, MATTHEW CURTIS and
                                                  ROBERT RENELLI

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com
00555688.WPD

5
ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

**DEMAND FOR JURY TRIAL**

Defendants COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEANNE JOHNSON, CITY OF RANCHO CORDOVA, MATTHEW CURTIS and ROBERT RENELLI hereby demand a trial by jury in the above-entitled action as provided by the Seventh Amendment to the United States Constitution and Rule 38 of the Federal Rules of Civil Procedure.

Dated: January 18, 2008

PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ Terence J. Cassidy

By _____
Terence J. Cassidy
John R. Whitefleet
Attorney for Defendants
COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEANNE JOHNSON, CITY OF RANCHO CORDOVA, MATTHEW CURTIS and ROBERT RENELLI

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

6

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

00555688.WPD