**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEANNE JOHNSON, CITY OF RANCHO CORDOVA, MATTHEW CURTIS and ROBERT RENELLI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LANEY, an individual and in his capacity as Guardian ad Litem for the minors MALACHAI LANEY and LIAM LANEY; HEATHER IODACI, an individual and in her capacity as Guardian ad Litem for the minor, CONNOR IODACI-LANEY,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO DEPT OF HEALTH AND HUMAN SERVICES; DEANNE JOHNSON, individually and in her official capacity as social worker for the COUNTY OF SACRAMENTO DEPT. OF HEALTH AND HUMAN SERVICES; CITY OF RANCHO CORDOVA; MATTHEW CURTIS, individually and in is official capacity as po9lice officer for the CITY OF RANCHO CORDOVA; ROBERT RENELLI, individually and in his official capacity as police officer for the CITY OF RANCHO CORDOVA; DOES 1-20,<br><br>　　　Defendants.<br>_____/ | Case No. 07-02474-MCE-KJM<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-141, that discovery deadlines related to this matter should be extended as described herein, for the following good cause:

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00629827.WPD　　　1

1. The parties are coordinating dates for mediation to occur on or about January 15, 2009 and believe in good faith that there is a significant likelihood that mediation will result in resolution of this case;

2. The parties are continuing to engage in discovery in good faith, but have agreed that it would be in both parties best interest to postpone several depositions until after mediation, if necessary;

3. The parties stipulate and propose that the discovery cut-off currently set for February 5, 2009 be continued to March 23, 2009;

4. This extension will not affect any other deadlines or the trial date in this case.

Respectfully Submitted,

Dated: December 1, 2008         LAW OFFICES OF DAVID J. BEAUVAIS

By     /s/David J. Beauvais
       David J. Beauvais
       Attorney for Plaintiffs
       SEAN LANEY, MALACHAI
       LANEY and LIAM LANEY;
       HEATHER IODACI, CONNOR
       IODACI-LANEY

Dated:  December 1, 2008        PORTER SCOTT
                                A PROFESSIONAL CORPORATION

By     /s/Terence J. Cassidy
       Terence J. Cassidy
       Attorney for Defendants
       COUNTY OF SACRAMENTO
       DEPARTMENT OF HEALTH AND
       HUMAN SERVICES, DEANNE
       JOHNSON, CITY OF RANCHO
       CORDOVA, MATTHEW CURTIS
       and ROBERT RENELLI

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00629827.WPD                    2

## ORDER

IT IS HEREBY ORDERED that the Pretrial Scheduling Order filed in this case on May 28, 2008 be modified as follows:

| | |
|---|---|
| All discovery shall be completed by: | 9/18/2009 |
| Disclosure of expert witnesses shall be completed by: | 11/18/2009 |
| All dispositive motions shall be heard no later than: | 1/19/2010 |

The final pretrial conference set for 10/23/09 is VACATED and RESET for 6/4/2010 at 9:00AM. The parties shall file a joint final pretrial statement no later than 5/14/2010.

The jury trial set for 12/7/09 is VACATED and RESET for 7/19/2010 at 9:00AM.

Dated: December 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00629827.WPD                3