1  David J. Beauvais (CA Bar # 84275)
   LAW OFFICE OF DAVID J. BEAUVAIS
2  1904 Franklin Street, Suite 800
   Oakland, California 94612
3  Telephone: (510) 832-3605
   Facsimile: (510) 832-3610
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  SEAN LANEY, an individual and in his            ) No. 2:07-cv-02474 MCE KJM
    capacity as Guardian ad Litem for the minors    )
12  MALACHAI LANEY and LIAM LANEY;                   )
    HEATHER IODACI, an individual and in             )
13  her capacity as Guardian ad Litem for the        )
    minor, CONNOR IODACI-LANEY,                      )
14                                                   )
                 Plaintiffs,                         ) **STIPULATION AND ORDER FOR**
15                                                   ) **APPOINTMENT OF GUARDIAN**
         vs.                                         ) **AD LITEM**
16                                                   )
                                                     )
17  COUNTY OF SACRAMENTO DEPT.                       )
    OF HEALTH AND HUMAN SERVICES;                    )
18  DEANNA JOHNSON, individually and in her          )
    official capacity as social worker for the       )
19  COUNTY OF SACRAMENTO DEPT. OF                    )
    HEALTH AND HUMAN SERVICES,                       )
20  CITY OF RANCHO CORDOVA;                          )
    MATTHEW CURTIS, individually and in              )
21  is official capacity as police officer for the    )
    CITY OF RANCHO CORDOVA; ROBERT                   )
22  RENELLI, individually and in his official         )
    capacity as police officer for the CITY OF        )
23  RANCHO CORDOVA; DOES 1-20,                       )
                                                     )
24                                                   )
                 Defendants.                         )
25  _____)

26

27

28

1   The parties, through their respective counsel stipulate to the appointment of Jacqueline

2   Gates as guardian ad litem for the minors, Connor Laney, Malachai Laney and Liam Laney.

3   This stipulation is based on the declaration of Jacqueline Gates set forth below.

4

5   ### DECLARATION OF JACQUELINE GATES

6

7   _____I, Jacqueline Gates, declare as follows:

8   1.  I make this declaration of my own personal knowledge.  If called as a witness, I would

9   testify competently to the matters stated herein.

10  2.  I am the maternal grandmother of Connor Laney, a minor born on February 10, 2005.  I

11  also seek appointment as guardian ad litem for the siblings of Connor, Malachai Laney, born April

12  1, 1997 and Liam Laney, born March 7, 1998.

13  3.  I am over the age of 18 years and I am competent and willing to act in the minors' best

14  interests.  I reside at 9578 Castledale Court, Elk Grove, California.  I am a full time survey

15  technician for the Sacramento Municipal Utility District.  I am in good health.

16  4.  I have no financial interest in the outcome of this action.

17  5.  I request an order approving my request to act as guardian ad litem for the minor

18  children in this action.

19  I declare under penalty of perjury under the laws of the United States that the foregoing is

20  true and correct and that this declaration was executed on January 4, 2009 at Sacramento,

21  California.

22

23                                        /s/ Jacqueline Gates
                                          JACQUELINE GATES
24

25

26

27

28

STIPULATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

The parties through their counsel hereby stipulate to the appointment of Jacqueline Gates as guardian ad litem for the minors, Connor Laney, Malachai Laney and Liam Laney.

DATED: January 5, 2009


/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiffs

DATED: January 5, 2009


/s/ Terence J. Cassidy
TERENCE J. CASSIDY
Attorney for Defendants


## ORDER

The court having considered the declaration of Jacqueline Gates and the stipulation of the parties and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT** Jacqueline Gates is appointed guardian ad litem for the minors Connor Laney, Malachai Laney and Liam Laney.

Dated:  January 9, 2009


MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM