UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SEAN LANEY; HEATHER IODACI; JACQUELINE GATES in her capacity as Guardian ad Litem for MALACHAI LANEY, LIAM LANEY and CONNER IODACI-LANEY,

Plaintiffs,

vs.

COUNTY OF SACRAMENTO DEPT. OF HEALTH AND HUMAN SERVICES; DEANNA JOHNSON, individually and in her official capacity as a Social Worker for the COUNTY OF SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, CITY OF RANCHO

No. 2:07-cv-02474-MCE-KJM

**SECOND AMENDED ORDER APPROVING COMPROMISE OF MINOR'S CLAIMS**[1]

---

[1] On June 11, 2009, the parties submitted a stipulation informing the Court that Prudential Insurance Company, which had been designed as the entity issuing the annuities in the Court's previous May 26, 2009 Amended Order, was in fact unable to set up taxable annuity accounts. The parties instead identified Allstate International Assignments, Ltd. as prepared to issue the necessary accounts. Consequently, the only substantive difference between this Second Amended Order and its June 11, 2009 predecessor is in specifying that the annuities purchased on behalf of the Minor Plaintiffs will be obtained from Allstate International Assignments, Ltd. rather than from Prudential Insurance Company.

1

CORDOVA; MATTHEW CURTIS, individually and in his official capacity as a Police Officer for the CITY OF RANCHO CORDOVA; ROBERT RENELLI, individually and in his official capacity as a Police Officer for the CITY OF RANCHO CORDOVA; DOES 1-20,

Defendants.

----oo0oo----

Presently before the Court is the Petition to Compromise Minor's Claims in this matter, brought by Jacqueline Gates in her capacity as Guardian ad Litem for the Minor Plaintiffs, Malachai Laney, Liam Laney and Conner Iodaci-Laney.  The Minor Plaintiffs allege that they suffered both emotional distress and "reputational injury" due to the claimed actions of Defendants in investigating potential child welfare and/or endangerment issues, and in seeking to perform searches in connection with such issues.

Through mediation, the parties negotiated a settlement of this litigation in its entirety the sum of $145,000.  The Honorable Raul A. Ramirez (Ret.) assisted the parties in reaching that settlement, which includes an allocation of $45,000.00 to be split equally between the three minors and provides that each minor's share will be deposited in separate annuity accounts to be paid out in installments to the minors when they reach the ages of 18, 21, and 25, respectively.  After subtracting twenty five percent for attorney's fees, the net amount available for the purchase of each of the three annuities is $11,250.00.

1  The settlement was contingent both on the approval of this
2 Court and by the Sacramento County Board of Supervisors.
3 Defendants have filed a statement of non-opposition to
4 Plaintiffs' Petition.
5  Having considered the Petition, and good cause appearing
6 therefor, the court finds that the proposed settlement is in the
7 best interests of the minors and that the amounts requested for
8 payment of attorney's is reasonable.  Plaintiff's Petition is
9 therefore GRANTED.[2]
10  **IT IS HEREBY ORDERED** that upon approval of the Sacramento
11 County Board of Supervisors to the settlement, defendants are
12 hereby directed to deposit the sum of $11,250.00 for the benefit
13 of Malachai Laney; the sum of $11,250.00 for the benefit of Liam
14 Laney, and $11,250.00 for the benefit of Conner Iadaci-Laney in
15 guaranteed annuities with the Allstate International
16 Assignments, Ltd.  The proceeds shall be payable to the minors in
17 three installments at age 18, 21 and 25.
18  The funds deposited in the annuities shall not be withdrawn
19 or hypothecated in any manner without prior order of this court.
20  IT IS SO ORDERED.

Dated: June 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing.  E.D. Local Rule 78-230(h).

3