David J. Beauvais (CA Bar # 84275)
LAW OFFICE OF DAVID J. BEAUVAIS
1904 Franklin Street, Suite 800
Oakland, California 94612
Telephone: (510) 832-3605
Facsimile: (510) 832-3610

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LANEY, an individual and in his capacity as Guardian ad Litem for the minors MALACHAI LANEY and LIAM LANEY; HEATHER IODACI, an individual and in her capacity as Guardian ad Litem for the minor, CONNOR IODACI-LANEY,<br><br>   Plaintiffs,<br><br>   vs.<br><br>COUNTY OF SACRAMENTO DEPT. OF HEALTH AND HUMAN SERVICES; DEANNA JOHNSON, individually and in her official capacity as social worker for the COUNTY OF SACRAMENTO DEPT. OF HEALTH AND HUMAN SERVICES, CITY OF RANCHO CORDOVA; MATTHEW CURTIS, individually and in is official capacity as police officer for the CITY OF RANCHO CORDOVA; ROBERT RENELLI, individually and in his official capacity as police officer for the CITY OF RANCHO CORDOVA; DOES 1-20,<br><br>   Defendants.<br>_____ | No. 07-2474 MCE KJM<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ACTION** |

//

//

//

Stipulation and Order re Dismissal of Action

1

1 | IT IS HEREBY STIPULATED between counsel for all parties that the above-entitled action be dismissed with prejudice.  Each party shall bear their own attorney's fees and costs.

Dated:   July 21, 2009

/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiffs

Dated:   July 21, 2009

/s/ Michael Pott
MICHAEL POTT
Porter Scott
Attorney for Defendants

### ORDER

The court having considered the stipulation of the parties and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed as to all parties and that each party shall bear it's own attorney's fees and costs.

Dated: July 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order re Dismissal of Action

2